# United States Bankruptcy Court
## Northern District of California

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Pacific Tweed, Inc.** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**03-0469756** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**129 The CrossRoads**<br>**Carmel, CA**<br>ZIP Code **93923** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Monterey** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other _____

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

## Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Pacific Tweed, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Pacific Tweed, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Gavin Kogan CSBN**
Signature of Attorney for Debtor(s)

**Gavin Kogan CSBN 201564**
Printed Name of Attorney for Debtor(s)

**Parravano Witten PC**
Firm Name

**198 Bonifacio Place**
**Monterey, CA 93940**

_____
Address

**Email: gkogan@parravanowitten.com**
**(831) 373-0846  Fax: (831) 373-4207**
Telephone Number

**June 6, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Todd Templaski**
Signature of Authorized Individual

**Todd Templaski**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 6, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re  **Pacific Tweed, Inc.**

Debtor(s)

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AAEFFE USA, etc.<br>c/o Glassberg, Pollak & Associates<br>425 California Street, Suite 850<br>San Francisco, CA 94104 | AAEFFE USA, etc.<br>c/o Glassberg, Pollak & Associates<br>425 California Street, Suite 850<br>San Francisco, CA 94104 | Trade debt | | 38,957.00 |
| Adrian Jules<br>1392 Ridge Road East<br>Rochester, NY 14621 | Adrian Jules<br>1392 Ridge Road East<br>Rochester, NY 14621 | Trade debt | | 6,011.15 |
| Advanta Credit Cards<br>PO BOX 5657<br>Hicksville, NY 11802 | Advanta Credit Cards<br>PO BOX 5657<br>Hicksville, NY 11802 | Trade debt | | 7,241.75 |
| Alberto Mens Pants<br>32 East 57th Street, Fl. 13<br>New York, NY 10022 | Alberto Mens Pants<br>32 East 57th Street, Fl. 13<br>New York, NY 10022 | Trade Debt | | 4,783.96 |
| BB Zipper<br>211 Worthington Avenue<br>Spring Lake, NJ 07762 | BB Zipper<br>211 Worthington Avenue<br>Spring Lake, NJ 07762 | Trade debt | | 7,430.00 |
| Bogner of America<br>172 Bogner Drive<br>Newport, VT 05855 | Bogner of America<br>172 Bogner Drive<br>Newport, VT 05855 | Trade Debt | | 11,178.69 |
| Brioni USA<br>610 Fifth Ave<br>Suite 404<br>New York, NY 10019 | Brioni USA<br>610 Fifth Ave<br>Suite 404<br>New York, NY 10019 | Trade debt | | 80,577.30 |
| Carmel Valley Partners<br>c/o Coblentz, Patch, Duffy & Bass LLP<br>One Ferry Bldg, Suite 200<br>San Francisco, CA 94111 | Carmel Valley Partners<br>c/o Coblentz, Patch, Duffy & Bass LLP<br>One Ferry Bldg, Suite 200<br>San Francisco, CA 94111 | Trade debt - Premises Landlord | | 39,269.71 |
| D Squared2<br>220 W 19th St., Fl. 11<br>New York, NY 10011 | D Squared2<br>220 W 19th St., Fl. 11<br>New York, NY 10011 | Trade Debt | | 6,832.00 |
| David Donahue<br>141 W. 36th St.<br>New York, NY 10018 | David Donahue<br>141 W. 36th St.<br>New York, NY 10018 | Trade Debt | | 3,695.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Pacific Tweed, Inc.**                                    Case No. _____

  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Equilibrio**<br>**7022 Sunset Blvd**<br>**Los Angeles, CA 90028** | **Equilibrio**<br>**7022 Sunset Blvd**<br>**Los Angeles, CA 90028** | **Trade Debt** | | **4,055.40** |
| **H Freeman**<br>**411 North Cranberry Rd**<br>**Westminster, MD 21157** | **H Freeman**<br>**411 North Cranberry Rd**<br>**Westminster, MD 21157** | **Trade debt** | | **3,659.11** |
| **Hickey Freeman**<br>**1155 Clinton Ave, North**<br>**Rochester, NY 14621** | **Hickey Freeman**<br>**1155 Clinton Ave, North**<br>**Rochester, NY 14621** | **Trade debt** | | **7,791.39** |
| **Ibiza**<br>**5535 Red Bird Canter Dr.**<br>**Suite 120**<br>**Dallas, TX 75237** | **Ibiza**<br>**5535 Red Bird Canter Dr.**<br>**Suite 120**<br>**Dallas, TX 75237** | **Trade debt** | | **2,832.35** |
| **Ingram**<br>**30 W 57th St, 5th Fl.**<br>**New York, NY 10019** | **Ingram**<br>**30 W 57th St, 5th Fl.**<br>**New York, NY 10019** | **Trade debt** | | **4,088.00** |
| **Monterey County**<br>**1200 Aguajito Road**<br>**Number 7**<br>**Monterey, CA 93940** | **Monterey County**<br>**1200 Aguajito Road**<br>**Number 7**<br>**Monterey, CA 93940** | **Trade debt** | | **19,881.31** |
| **Piazza Sempione**<br>**595 Madison Ave**<br>**9th Fl.**<br>**New York, NY 10022** | **Piazza Sempione**<br>**595 Madison Ave**<br>**9th Fl.**<br>**New York, NY 10022** | **Trade debt** | | **38,044.00** |
| **Temperley London**<br>**453 Broome St. 2d Fl.**<br>**New York, NY 10013** | **Temperley London**<br>**453 Broome St. 2d Fl.**<br>**New York, NY 10013** | **Trade debt** | | **5,428.00** |
| **Vision Plantscaping**<br>**4 Buena Vista Del Rio #B**<br>**Carmel Valley, CA 93924** | **Vision Plantscaping**<br>**4 Buena Vista Del Rio #B**<br>**Carmel Valley, CA 93924** | **Trade debt** | | **10,894.21** |
| **Voga/Blumarine**<br>**37 West 57th St., Ste 900**<br>**New York, NY 10019** | **Voga/Blumarine**<br>**37 West 57th St., Ste 900**<br>**New York, NY 10019** | **Trade Debt** | | **34,479.68** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

  I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 6, 2011**                    Signature  **/s/ Todd Templaski**
                                                    **Todd Templaski**
                                                    **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

A&Z Hayward
655 Waterman Ave
East Providence, RI 02914


AAEFFE USA, etc.
c/o Glassberg, Pollak & Associates
425 California Street, Suite 850
San Francisco, CA 94104


Adrian Jules
1392 Ridge Road East
Rochester, NY 14621


Advanta Credit Cards
PO BOX 5657
Hicksville, NY 11802


Alashan
411 Chapel Street
Harrisville, RI 02830


Alberto Mens Pants
32 East 57th Street, Fl. 13
New York, NY 10022


Automated Mailing Services
PO BOX 1906
Monterey, CA 93940


BB Zipper
211 Worthington Avenue
Spring Lake, NJ 07762

Begg of Scotland
17 Viewfield Rd
AYR, Scotland  KA8 8HJ


Big Hairy Dog
3205 Ramos Circle
Sacramento, CA 95827


Bill Me Later
PO BOX 105658
Atlanta, GA 30348


Bogner of America
172 Bogner Drive
Newport, VT 05855


Brioni USA
610 Fifth Ave
Suite 404
New York, NY 10019


Carmel Valley Partners
c/o Coblentz, Patch, Duffy & Bass LLP
One Ferry Bldg, Suite 200
San Francisco, CA 94111


Carmel Valley Roasting
316 Mid Valley Center, #157
Carmel, CA 93923


Continental Leather
1445 30th Street, Ste E
San Diego, CA 92154

D Squared2
220 W 19th St., Fl. 11
New York, NY 10011


David Donahue
141 W. 36th St.
New York, NY 10018


Downtown Dining
2999 Salinas Hwy #1
Monterey, CA 93940


Dunhill Accessories
645 5th Afvenue
New York, NY 10022


Earnest Sewn
24 West 40th Street, 5th Fl
New York, NY 10018


Equilibrio
7022 Sunset Blvd
Los Angeles, CA 90028


Euro Fashions
719 Los Angeles St., Ste 614
Los Angeles, CA 90028


Forever New
4701 N. 4th Ave
Sioux Falls, SD 57104

H Freeman
411 North Cranberry Rd
Westminster, MD 21157


HCP/Aboard Publishing, Inc.
One Herald Plaza, 4th Fl.
Miami, FL 33132


Heritage GIVI Inc.
61 W. 56th St.
New York, NY 10019


Hickey Freeman
1155 Clinton Ave, North
Rochester, NY 14621


Ibiza
5535 Red Bird Canter Dr.
Suite 120
Dallas, TX 75237


Individualized Shirts
581 Courtland Street
Perth Amboy, NJ 08861


Ingram
30 W 57th St, 5th Fl.
New York, NY 10019


Italo Ferretti
660 Bergen Blvd
Ridgefield, NJ 07657

Kleinberg
PO BOX 550995
Atlanta, GA 30355


Lario
1898 Calzaturificio SPA
Via Vittorio Veneto
52- Cirimido, Colombia


Lorenzini  Mach III Design
689 5th Ave, 15th Fl.
New York, NY 10022


Monterey Bay Window Cleaning
PO BOX 3672
Carmel by the Sea, CA 93921


Monterey County
1200 Aguajito Road
Number 7
Monterey, CA 93940


Monterey County Weekly
668 Williams Avenue
Seaside, CA 93955


Pantharella/BAC
One Westchester Plaza
Elmsford, NY 10523


Piazza Sempione
595 Madison Ave
9th Fl.
New York, NY 10022

Poles / Tehen
263 West 38th Street, 10th Fl
New York, NY 10018


Poston Price
164 Market St. Suite 325
Charleston, SC 29401


Prada Shades
Luxottica Group
44 Harbor Park Dr.
Port Washington, NY 11050


Raffi Imperial Trader, Inc.
21 Harbor Park Dr.
Port Washington, NY 11050


Shallus Pen Co.
691 Lava Falls Drive
Las Vegas, NV 89110


Substance
22287 Mulholland Drive
Calabasas, CA 91302


Tailor Vintage
9 Admiral Ln
Norwalk, CT 06851


Temperley London
453 Broome St. 2d Fl.
New York, NY 10013

Todd Templaski


Tuscany & Company
44 W. 56th St., 3rd Fl.
New York, NY 10019


Vision Plantscaping
4 Buena Vista Del Rio #B
Carmel Valley, CA 93924


Voga/Blumarine
37 West 57th St., Ste 900
New York, NY 10019


Wellenstyn
824 S. Los Angeles Street, Ste 203
Los Angeles, CA 90014


Zino/Seyco
1616 Industrial Blvd., #102
Chula Vista, CA 91911